**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000645
19-AUG-2015
11:05 AM**

CAAP-12-0000645, CAAP-12-0000646 & CAAP-12-0000647

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAAP-12-0000645

In the Matter of the Petition of
HANNAH HARRISON, Petitioner-Appellant/Appellant,
v.
GORDON I. ITO, INSURANCE COMMISSIONER,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAI'I, Appellee/Appellee,
and
EVERCARE, Respondent-Appellee/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2903-11 (HER-11-156920))

CAAP-12-0000646

In the Matter of the Petition of
JENIVIE DELOS REYES, FRANKLIN BIDDINGER,
FLOYD HAYES, JOHN VILLANUEVA, and TEHINE AVILLA,
Petitioners-Appellants-Cross-Appellees/Appellants,
v.
GORDON I. ITO, INSURANCE COMMISSIONER,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAI'I, Appellee/Appellee,
and
EVERCARE, Respondent-Appellee-Cross-Appellant/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2533-10 (HER-11-156817,
11-156241, 11-156361, 11-156251 & 11-155841))

CAAP-12-0000647

AUDREY DELOS SANTOS, Petitioner-Appellant/Appellant
v.
GORDON I. ITO, INSURANCE COMMISSIONER,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAI'I, Appellee/Appellee,
and
EVERCARE, Respondent-Appellee/Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2542-10 (HER-10-154685))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on June 30, 2015, is hereby corrected as follows:

1. On page 7, in the seventeenth line, the word "and" should be replaced with "or" so that as corrected, the text reads: ". . . witness fees; or (3) were . . . ."

2. On page 9, in the fourteenth line under Section IV., the word "the" should be inserted before "Commissioner's" so that as corrected, the text reads: ". . . that the Commissioner's order . . . ."

3. On page 10, in the second line from the bottom of the page, the word "and" should be replaced with "or" so that as corrected, the text reads: ". . . rights, duties, or privileges . . . ."

4. On page 11, in the ninth line of the first paragraph, the word "and" should be deleted so that as corrected the text reads: ". . . requirement for a hearing; (3) there is no . . . ."

5. On page 11, in ninth line of the second paragraph, the word "Procedures's" should be replaced with "Procedure".

---

[1] Nakamura, Chief Judge, and Fujise and Reifurth, JJ.

2

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, August 19, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

3